No. 12–202.  JOHN HANCOCK LIFE INSURANCE CO. (U. S. A.)
ET AL. v. SANTOMENNO ET AL.; and

No. 12–208.  SANTOMENNO v. JOHN HANCOCK LIFE INSURANCE CO. (U. S. A.) ET AL.  C. A. 3d Cir.  Certiorari denied.  Reported below: 677 F. 3d 178.